# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| PAULO EUGENE GUINN, | CASE NO. 1:10-cv-00320-LJO-SKO |
| Plaintiff, | **ORDER DENYING REQUEST FOR SUBSTITUTION OF ATTORNEY AS MOOT** |
| v. | |
| J. STURM, et al., | |
| Defendants. | (Docket No. 24) |

On December 2, 2010, counsel for defendants J. Sturm, A. Bigham, County of Mariposa, and Brian Muller ("Defendants") filed a request for a substitution of attorney. However, the substitution request appears to be a notice of change of firm name rather than a change in attorney representation. Ms. Kimberly Flores will continue to represent Defendants, but the name of the firm with which she is associated is changed from Allen, Fagalde, Albertoni & Flores, LLP to Fagalde, Albertoni & Flores, LLP.

A request for substitution of attorneys is not the proper vehicle to notice the Court of a firm name change. Pursuant to Local Rule 182(b), "[a]ppearances as an attorney of record shall not be made in the name of the firm, organization, public entity, agency, or department." *See* Fed. R. Civ. P. 11. Rather, an appearance is made by the individual attorney representing the party. Here, that has not changed.

///

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Defendants' request for substitution of attorneys is DENIED as moot; and
2. The Clerk of Court is directed to update the CM/ECF docket to reflect the changed firm name associated with Defendants' counsel of record as noted above.

IT IS SO ORDERED.

Dated:   **December 10, 2010**              /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE