# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULO EUGENE GUINN, | CASE NO. 1:10-cv-00320-LJO-SKO |
| Plaintiff, | **ORDER ON PARTIES' STIPULATED REQUEST TO CONTINUE TRIAL AND AMEND SCHEDULING ORDER** |
| v. | |
| J. STURM, et al., | |
| Defendants. | (Docket No. 26) |

On March 1, 2011, the parties filed a stipulated request for a revised scheduling order. (Doc. 26.) The parties stated that they had agreed to continue all of the remaining scheduling dates in the litigation, including the trial date, because the attorney representing Defendants will be taking maternity leave during the dates on which the trial is currently set. (Doc. 26, ¶2.)

The parties have stated good cause, and the Court will grant a continuance. While the Court can accommodate the new trial date proposed by the parties, some of the other dates proposed do not allow sufficient time between events. Therefore, the Court has not adopted all of the dates proposed by the parties, and the schedule deadlines will be revised as follows:

| **Event** | **Previous Deadline** | **Revised Deadline** |
|---|---|---|
| Non Expert Discovery | March 15, 2011 | September 9, 2011 |
| Expert Disclosure | March 4, 2011 | August 31, 2011 |
| Supp. Expert Disclosure | March 24, 2011 | September 9, 2011 |

| | | |
|---|---|---|
| Expert Discovery | May 3, 2011 | September 23, 2011 |
| Non-Disp. Motion Filing | May 5, 2011 | September 28, 2011 |
| Hearing for Non-Disp. Mots. | June 2, 2011 | October 26, 2011 |
| Disp. Motion Filing | May 5, 2011 | September 28, 2011 |
| Hearing for Disp. Mots. | June 2, 2011 | November 9, 2011 |
| Pre-Trial Conference | June 15, 2011 | December 21, 2011 |
| Settlement Conference | May 17, 2011 | October 13, 2011 |
| Trial Date | August 1, 2011 | February 6, 2012 |

Accordingly, IT IS HEREBY ORDERED that the parties' request for an extension of their scheduling deadlines is GRANTED as set forth above.

IT IS SO ORDERED.

**Dated:   March 3, 2011**                           /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE