**Kimberly G. Flores, SBN 227131**
**F**agalde | **A**lbertoni | **F**lores, LLP
2808 Park Avenue, Suite A
Merced, California  95348
T:  209.384.8800
F:  209.384.8833
Kim@Mercedlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **PAULO EUGENE GUINN,**<br><br>**Plaintiffs**<br><br>  vs.<br><br>**J. STURM, A. BIGHAM, Mariposa County Deputy Sheriffs, BRIAN MULLER, Mariposa County Sheriff, and COUNTY OF MARIPOSA, CALIFORNIA**<br><br>**Defendants.** | **CASE NO:1:10-CV-00320-LJO-SKO**<br><br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |

Plaintiff, PAULO EUGENE GUINN, and Defendants, COUNTY OF MARIPOSA, J. STURM, A. BIGHAM, and Sheriff BRIAN MULLER, through their counsel, STIPULATE AND AGREE AS FOLLOWS:

The Mandatory Settlement Conference in this matter is currently set for October 13, 2011. Due to scheduling conflicts, the person with authority to make final settlement decisions on behalf of the County of Mariposa, is unavailable on October 13, 2011.

All parties are available to attend the Mandatory Settlement Conference on November 10, 2011, at 10:30 a.m.

For the reasons stated herein, good cause appears for the requested Mandatory Settlement Conference continuance.

1  IT IS SO STIPULATED.

2

3  Dated: September 2, 2011                    FAGALDE | ALBERTONI | FLORES, LLP

4                                              By_____/s/_____

5                                                  Kimberly G. Flores,
                                                   Attorneys for Defendants
6

7  Dated: September 1, 2011                    LAW OFFICES OF JAMES H. WATKINS

8                                              By_____/s/_____
                                                   James H. Watkins,
9                                                  Attorney for Plaintiff

10                                **ORDER**

11

12
   IT IS SO ORDERED.
13
       Dated:   **September 6, 2011**              **/s/ Sheila K. Oberto**
14                                              UNITED STATES MAGISTRATE JUDGE