1  **JAMES H. WATKINS, ESQ. #84571**
   **LAW OFFICES OF JAMES H. WATKINS**
2  49370 Road 426, Suite A
   P.O. Box 1793
3  Oakhurst, CA 93644
   Telephone (559) 683-5757 and Facsimile (559) 683-7945
4
   Attorney for Petitioner,
5  PAULO EUGENE GUINN

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                                FRESNO DIVISION
11

12 | PAULO EUGENE GUINN,            ) CASE NO. 1:10-CV-00320-LJO-SKO
                                    )
13 |            Plaintiff,          ) STIPULATION FOR CONTINUANCE OF
   | v.                             ) HEARING AND ORDER THEREON
14 |                                )
   | J. STURM, A. BIGHAM, Mariposa County ) Old Date:   April 26, 2012
15 | Deputy Sheriffs, BRIAN MULLER,  ) New Date:   June 26, 2012
   | Mariposa County Sheriff, COUNTY OF ) Time:       9:30 a.m.
16 | MARIPOSA, CALIFORNIA            ) Court Room: 7
                                    )
17 |            Defendants.          )
                                    )
18 | _____ )

19

20

21         WHEREAS, additional time is required for negotiation re MediCare and MediCal liens;

22         IT IS HEREBY STIPULATED by the parties hereto through their respective attorneys of

23  record that the Status Conference currently set for April 26, 2012, be continued to June 26, 2012, at

24  9:30 a.m. in Court Room 7 (SKO) before Magistrate Judge Sheila K. Oberto of the above entitled

25  court.

26

27  Dated: April 23, 2012                      /s/ JAMES H. WATKINS_____
                                               JAMES H. WATKINS, ESQ.,
28                                             Attorney for Plaintiff

---

STIPULATION FOR CONTINUANCE OF HEARING AND ORDER THEREON

1

Dated: April 23, 2012                    /s/ KIMBERLY FLORES
                                         KIMBERLY FLORES,
                                         Attorney for Defendants

ORDER

IT IS SO ORDERED.

**Dated:   April 24, 2012**                    **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE