1  **JAMES H. WATKINS, ESQ. #84571**
   **LAW OFFICES OF JAMES H. WATKINS**
2  49370 Road 426, Suite A
   P.O. Box 1793
3  Oakhurst, CA 93644
   Telephone (559) 683-5757 and Facsimile (559) 683-7945
4
   Attorney for Petitioner,
5  PAULO EUGENE GUINN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| PAULO EUGENE GUINN, | ) | **CASE NO. 1:10-CV-00320-LJO-SKO** |
|---|---|---|
| Plaintiff, | ) | **STIPULATION FOR CONTINUANCE OF HEARING AND ORDER THEREON** |
| v. | ) | |
| J. STURM, A. BIGHAM, Mariposa County Deputy Sheriffs, BRIAN MULLER, Mariposa County Sheriff, COUNTY OF MARIPOSA, CALIFORNIA | ) ) ) ) | **Old Date:** April 26, 2012<br>**New Date:** June 26, 2012<br>**Time:** 9:30 a.m.<br>**Court Room: 7** |
| Defendants. | ) | |

WHEREAS, additional time is required for negotiation re MediCare and MediCal liens;

IT IS HEREBY STIPULATED by the parties hereto through their respective attorneys of record that the Status Conference currently set for April 26, 2012, be continued to June 26, 2012, at 9:30 a.m. in Court Room 7 (SKO) before Magistrate Judge Sheila K. Oberto of the above entitled court.

Dated: April 23, 2012                    /s/ JAMES H. WATKINS
                                         JAMES H. WATKINS, ESQ.,
                                         Attorney for Plaintiff

STIPULATION FOR CONTINUANCE OF HEARING AND ORDER THEREON

1

Dated: April 23, 2012                              /s/ KIMBERLY FLORES
                                                   KIMBERLY FLORES,
                                                   Attorney for Defendants


ORDER

IT IS SO ORDERED.

**Dated:     April 24, 2012**              /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE