# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULO EUGENE GUINN, | CASE NO. 1:10-cv-00320-LJO-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITION** |
| v. | |
| J. STURM, et al., | (Doc. No. 85) |
| Defendants. | |

On October 9, 2012, Defendants filed a motion to enforce a settlement agreement. (Doc. 72.) Counsel, who was representing Plaintiff at the time the motion to enforce the settlement agreement was filed, subsequently sought and was granted permission to withdraw as Plaintiff's attorney of record. (Doc. 80.) As a result, on November 29, 2012, the Court provided Plaintiff until January 16, 2013, to retain new counsel and until January 25, 2013, to file an opposition to Defendants' motion to enforce the settlement. (Doc. 81.)

On January 25, 2013, Plaintiff filed a motion for an extension of time to file an opposition to Defendants' motion and additional time to retain counsel. Plaintiff's motion for an extension shall

be granted.

**Plaintiff is cautioned, however, that this is the final extension of time he will be granted. If Plaintiff is unable to retain counsel, he will nonetheless be expected to file any opposition to Defendants' motion to enforce the settlement by the deadline set forth below. If Plaintiff fails to timely file an opposition to Defendants' motion, the motion to enforce the settlement will be considered submitted for decision, and this Court will issue its findings and recommendations to the district court.**

To the extent that Plaintiff's motion for an extension of time can be construed as a request for an order allowing him to e-file his documents, this request is DENIED.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is GRANTED;
2. Plaintiff shall have **until February 15, 2013**, to retain new counsel and for his counsel to file a notice of appearance;
3. Any opposition to Defendants' motion to enforce the settlement **shall be filed no later than February 22, 2013**;
4. This is the **final** extension of time Plaintiff will be provided to retain counsel and file an opposition to Defendants' motion; and
5. Plaintiff's request to e-file on the Court's electronic docket is DENIED.

IT IS SO ORDERED.

**Dated:　January 30, 2013**　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE