# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULO EUGENE GUINN,<br><br>         Plaintiff,<br><br>    v.<br><br>J. STURM, et al.,<br><br>         Defendants.<br>_____/ | CASE NO. 1:10-cv-00320-LJO-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT DEFENDANTS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT BE GRANTED**<br><br>(Doc. No. 72, 88) |

On March 7, 2013, the Magistrate Judge issued Findings and Recommendations that Defendants' Motion to Enforce the Settlement Agreement be granted. (Doc. 88.) These Findings and Recommendations were served on all parties appearing in the action on April 2, 2013,[1] and contained notice that any objections were to be filed within twenty-one (21) days after service of the order. No objections were filed.

---

[1] Although the Findings and Recommendations were issued on March 7, 2013, Plaintiff was not served with the Findings and Recommendations until April 2, 2013. (*See* Doc. 89.) The objection period was extended 21 days from the date of service of the Findings and Recommendations on Plaintiff. (Doc. 89.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on March 7, 2013, are ADOPTED IN FULL;
2. Defendants' Motion to Enforce the Settlement Agreement is GRANTED;
3. Defendants are ORDERED to make payment to Plaintiff as provided in the parties' settlement agreement;
4. Defendants are ORDERED to submit a statement establishing when and to whom the settlement payment was made no later than May 29, 2013; and
5. Once Defendants have filed a statement establishing that payment has been made, the action will be dismissed with prejudice.

IT IS SO ORDERED.

Dated:   April 30, 2013                    /s/  Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE