# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULO EUGENE GUINN,  | CASE NO. CV F 10-0320 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 91.) |
| J. STURM, et al., | |
| Defendants. | |

Based on defense counsel's April 30, 2013 declaration to confirm sending of settlement checks, this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:**   **May 1, 2013**          /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE